# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

CEDAR LANE TECHNOLOGIES INC.
Plaintiff

v.

3:25-cv-00483-S
Civil Action No.

HILLTOP SECURITIES INC.
Defendant

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant Hilltop Securities Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Hilltop Holdings Inc.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Hilltop Securities Inc.,
Hilltop Holdings Inc., and
Cedar Lane Technologies Inc.

|                  |                               |
|------------------|-------------------------------|
| Date:            | April 24, 2025                |
| Signature:       | /s/ Amy E. LaValle            |
| Print Name:      | Amy E. LaValle                |
| Bar Number:      | 24040529                      |
| Address:         | 2101 Cedar Springs Rd, Ste 900|
| City, State, Zip:| Dallas, Texas 75201           |
| Telephone:       | (214) 545-3472                |
| Fax:             | (214) 545-3473                |
| E-Mail:          | alavalle@fbtlaw.com           |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.